# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 25−52819−cag

Chapter No.: 7

Judge: Craig A Gargotta

IN RE: **Smoke BBQ +Skybar 78202 LLC**, Debtor(s)

## ORDER FIXING LAST DATE FOR FILING PROOFS OF CLAIM, COMBINED WITH NOTICE THEREOF

Notice having been previously given that creditors of the above−named debtors were not required to file proofs of claim, and it now appearing that a possible dividend may be declared for creditors at a later date, it is ORDERED, AND NOTICE HEREBY GIVEN THAT

**2/24/26** is hereby fixed as the last date for filing of proofs of claim by any creditor of the above−named debtors who desires to have his claim allowed so that he may share in any distribution to be paid from the estate. A proof of claim filed by a governmental unit is timely filed if it is filed not later than 180 days after the date of the order for relief. Creditors and governmental units must file a claim, whether or not they are included in the list of creditors filed by the debtors, no later than the date above fixed or their claim will not be allowed, except as otherwise provided by law. Claims may be filed using the court's Online Claim Filing System without having to complete a paper proof claim form. This is located on the Bankruptcy Court's Website: http://www.txwb.uscourts.gov.

*Those filers who do not have access to the internet may obtain an official B410 Proof of Claim form at any bankruptcy clerk's office and submit it to the following:*

MAIL ORIGINAL PROOF OF CLAIM TO:            MAIL COPY OF PROOF OF CLAIM TO:

U. S. BANKRUPTCY COURT                       John Patrick Lowe
615 E. HOUSTON STREET, ROOM 597              2402 East Main Street
SAN ANTONIO, TX 78205                        Uvalde, TX 78801

You are further notified that if a distribution is to be declared for creditors, it will not be made until conclusion of the administration of this estate by the trustee. At a later date, you will be given notice of, and an opportunity to object to, the trustee's final report and accounting.

*\*\*\*\* ANY CLAIMANT WHO HAS PREVIOUSLY FILED A CLAIM IN THESE PROCEEDINGS IS NOT REQUIRED TO RE−FILE SAME AND MAY DISREGARD THIS NOTICE.*

Dated: 12/1/25

Barry D. Knight
Clerk, U. S. Bankruptcy Court

[Set Bar Date Notice/Order] [Ntcosbrdtapac]

In re:            Case No. 25-52819-cag

Smoke BBQ +Skybar 78202 LLC      Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0542-5      User: admin      Page 1 of 2
Date Rcvd: Dec 01, 2025      Form ID: 148      Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Smoke BBQ +Skybar 78202 LLC, 219 N. Alamo St. 300, San Antonio, TX 78205-1987 |
| 19064151 | + | Adrian Martinez, 215 N. Center St. 801, San Antonio, TX 78202-2764 |
| 19064153 | + | Brianna Dickerson, c/o Chad Matthews, 3027 Marina Bay Dr. 320, League City, TX 77573-2889 |
| 19067097 | + | Bryan Grundhoefer as Trustee of, The Grayson L Grundhoefer 2012 Trust, c/o Randall A Pulman, 2161 NW Military Hwy., Suite 400, San Antonio, TX 78213-1844 |
| 19064154 | + | East Houston St. Partnership, c/o Richard Karam, 8118 Datapoint Dr, San Antonio, TX 78229-3228 |
| 19064155 | | Grayson Grundhoefer, 317 Sidney Baker St S Ste 400, Kerrville, TX 78028-6150 |
| 19064157 | | Jacob Solis, c/o Charles Riley, 320 Lexington Ave, San Antonio, TX 78215-1913 |
| 19064158 | | Kathleen Hurren, 1718 San Pedro Ave, San Antonio, TX 78212-3615 |
| 19064159 | | Keetho Ventures LLC, 777 E Sonterra Blvd Ste 175, San Antonio, TX 78258-4207 |
| 19064160 | | MH Outdoor Media LLC, c/o Christopher A. Fusselman, 1616 S Voss Rd Ste 775, Houston, TX 77057-2638 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QJPLOWE.COM | Dec 02 2025 04:15:00 | John Patrick Lowe, 2402 East Main Street, Uvalde, TX 78801-4943 |
| ust | + | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Dec 02 2025 00:23:00 | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |
| 19064152 | ^ | MEBN | Dec 01 2025 23:15:27 | Attorney General of the United States, Main Justice Bld Room 5111, Washington, DC 20530-0001 |
| 19064156 | + | EDI: IRS.COM | Dec 02 2025 04:15:00 | Internal Revenue Serice, 300 E 8th St Stop 5026aus, Austin, TX 78701-3299 |
| 19064161 | + | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Dec 02 2025 00:23:00 | United States Trustee, 615 E. Houston St. 533, San Antonio, TX 78205-2055 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Dec 03, 2025 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 26, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| John Patrick Lowe | pat.lowe.law@gmail.com  plowe@ecf.axosfs.com |
| Matthieu Gibson Belanger-Coast | on behalf of Creditor Bryan Grundhoefer as Trustee of the Grayson L. Grundhoefer 2012 Trust matthieu@pulmanlaw.com mvilla@pulmanlaw.com |
| Morris Eugene White, III | on behalf of Debtor Smoke BBQ +Skybar 78202 LLC treywhite@villawhite.com ecfnotices@villawhite.com;bankruptcysa@gmail.com |
| Randall A. Pulman | on behalf of Creditor Bryan Grundhoefer as Trustee of the Grayson L. Grundhoefer 2012 Trust rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com |
| United States Trustee - SA12 | USTPRegion07.SN.ECF@usdoj.gov |

TOTAL: 5